Ira Revich (SBN: 077878)
Stephen P. Soskin (SBN: 101389)
Penelope S. Park (SBN: 220452)
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Telephone: (310) 551-7000
Facsimile: (310) 203-9321
Email:    irevich@crwllp.com; ssoskin@crwllp.com; ppark@crwllp.com

Attorneys for Defendant,
Specialty National Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF DALY CITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: CV 08 3603 CW<br><br>**NOTICE AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　The parties, pursuant to Local Rule 6-1(a), respectfully give notice and stipulate that Defendant Specialty National Insurance Company shall be permitted an extension of time, through and including September 19, 2008, to respond to plaintiff's complaint.

Dated: August 20, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: /s/ Mark G. Bonino
　　Mark G. Bonino
　　Phuong N. Fingerman

Attorneys for Plaintiff
CITY OF DALY CITY

| | | |
|---|---|---|
| 1 | Dated:  August 20, 2008 | CHARLSTON, REVICH & WOLLITZ LLP |
| 2 | | |
| 3 | | By _____ |
| | | Ira Revich |
| | | Stephen P. Soskin |
| 4 | | Penelope S. Park |
| 5 | | Attorneys for Defendant, |
| | | Specialty National Insurance Company |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHARLSTON, REVICH
& WOLLITZ LLP
12998J.WPD

2

NOTICE AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**PROOF OF SERVICE**
1013A (3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

On the date shown below, I served the foregoing document described as: **NOTICE AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mark G. Bonino
Phuong N. Fingerman
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Tel.: 650 637-9100
Fax: 650 637-8071
mbonino@hayesdavis.com
pfingerman@hayesdavis.com

__X__   **BY MAIL** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_   **BY OVERNIGHT MAIL** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

X   **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 21, 2008, at Los Angeles, California.

_____
Joy W. Hudspeth

3