1  MARK G. BONINO (SBN 70215)
   mbonino@hayesdavis.com
2  PHUONG N. FINGERMAN (SBN 226772)
   pfingerman@hayesdavis.com
3  HAYES DAVIS BONINO
   ELLINGSON McLAY & SCOTT, LLP
4  203 Redwood Shores Parkway, Suite 480
   Redwood City, California 94065
5  Telephone: (650) 637-9100
   Facsimile:  (650) 637-8071
6
   Attorneys for Plaintiff
7  CITY OF DALY CITY

8
   IRA REVICH (SBN 77878)
9  irevich@crwllp.com
   CHARLSTON, REVICH & WOLLITZ, LLP
10 1925 Century Park East, Suite 1250
   Los Angeles, California 90067
11 Telephone: (310) 551-7000
   Facsimile:  (310) 203-9321
12
   Attorney for Defendant
13 SPECIALTY NATIONAL INSURANCE COMPANY

14              UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

18 CITY OF DALY CITY,                          CASE NO.  C 08-03603 CW

19              Plaintiff,                      STIPULATION AND [PROPOSED]
                                                ORDER TO CONTINUE THE INITIAL
20        v.                                    CASE MANAGEMENT CONFERENCE
                                                AND THE DEADLINE TO FILE THE
21 SPECIALTY NATIONAL INSURANCE                 RULE 26(f) REPORT AND JOINT CASE
   COMPANY,                                     MANAGEMENT STATEMENT
22
23              Defendant.

24

25        All parties, by and through their respective counsel, hereby stipulate to continue the Initial

26 Case Management Conference and deadline to file the Rule 26(f) Report and Case Management

27 Statement as follows:

28
   179461                        -1-

# I.
## RECITALS

1.      Pursuant to the Court's Order Setting Initial Case Management Conference and Deadlines issued on July 28, 2008, the Initial Case Management Conference is scheduled for November 4, 2008 in Courtroom 2 at 2:00 p.m.

2.      On September 17, 2008, Defendant Specialty National filed a motion to dismiss for failure to state a claim pursuant to FRCP, Rule 12(b)(6).  The hearing on Specialty National's motion to dismiss is currently set for November 6, 2008 in Courtroom 2 at 2:00 p.m.

3.      In an effort to conserve judicial resources and time, the parties respectfully request that the Court continue the Initial Case Management Conference to the same date and time as the hearing on defendant's motion to dismiss.

Accordingly, the parties hereby stipulate to the following:

# II.
## STIPULATION

1.      The Initial Case Management Conference shall be continued from November 4, 2008 to November 6, 2008 at 2:00 p.m.;

2.      The deadline to file the Rule 26(f) Report and Case Management Statement shall be continued from October 28, 2008 to October 31, 2008;

3.      The parties will complete their initial disclosures by November 26, 2008.

**IT IS SO STIPULATED**

Dated: October 22, 2008          HAYES DAVIS BONINO
                                 ELLINGSON McLAY & SCOTT, LLP

                                 By:
                                    MARK G. BONINO
                                    PHUONG N. FINGERMAN
                                    Attorneys for Plaintiff
                                    CITY OF DALY CITY

Dated: October 22, 2008          CHARLSTON, REVICH & WOLLITZ, LLP

                                 By:            STEPHEN P. SOSKIN
                                    IRA REVICH
                                    Attorney for Defendant
                                    SPECIALTY NATIONAL INSURANCE
                                    COMPANY

179461                        -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

Pursuant to the Stipulation, the Court hereby continues the following:

1.    The Initial Case Management Conference shall be continued from November 4, 2008 to November 6, 2008 at 2:00 p.m.;

2.    The deadline to file the Rule 26(f) Report and Case Management Statement shall be continued from October 28, 2008 to October 31, 2008;

3.    The parties will complete their initial disclosures by November 26, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2008  10/31

THE HONORABLE CLAUDIA A. WILKEN
UNITED STATES DISTRICT COURT JUDGE

179461

-3-