1  MARK G. BONINO (SBN 70215)
   mbonino@hayesdavis.com
2  PHUONG N. FINGERMAN (SBN 226772)
   pfingerman@hayesdavis.com
3  **HAYES DAVIS BONINO**
   **ELLINGSON McLAY & SCOTT, LLP**
4  203 Redwood Shores Parkway, Suite 480
   Redwood City, California 94065
5  Telephone: (650) 637-9100
   Facsimile: (650) 637-8071
6
   Attorneys for Plaintiff
7  CITY OF DALY CITY

8
   STEPHEN SOSKIN (SBN 101389)
9  ssoskin@crwllp.com
   **CHARLSTON, REVICH & WOLLITZ, LLP**
10 1925 Century Park East, Suite 1250
   Los Angeles, California 90067
11 Telephone: (310) 551-7000
   Facsimile: (310) 203-9321
12
   Attorneys for Defendant
13 SPECIALTY NATIONAL INSURANCE COMPANY

14
                    UNITED STATES DISTRICT COURT
15
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17

| | |
|---|---|
| 18  CITY OF DALY CITY, | CASE NO.  C 08-03603 CW |
| 19            Plaintiff, | NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST FOR RELIEF FROM FILING ANSWER |
| 20       v. | |
| 21 SPECIALTY NATIONAL INSURANCE COMPANY, | |
| 22 | District Judge:   Hon. Claudia Wilken |
| 23            Defendant. | |

181319                         -1-
**NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST FOR RELIEF**
**DALY CITY v. SPECIALTY NATIONAL; *Case No. C 08-03603 CW***

**NOTICE OF SETTLEMENT IN PRINCIPLE**

PLEASE TAKE NOTICE that plaintiff City of Daly City has reached an agreement in principle with defendant Specialty National Insurance Company to settle the above-captioned matter. The parties are in the process of preparing settlement papers and will need approximately thirty (30) to forty-five (45) days to finalize the agreement.

In light of this agreement in principle, and in order to preserve party and judicial resources, the parties respectfully request that Specialty National be relieved from filing its Answer as ordered by the Court, currently due on or before December 1, 2008. The parties have also agreed to extend the deadline to serve their initial disclosures, currently due on December 1, 2008, to a later mutually agreeable date should settlement efforts fail.

Dated: November 19, 2008

HAYES DAVIS BONINO
ELLINGSON McLAY & SCOTT, LLP

By: /s/ Mark G. Bonino
MARK G. BONINO
PHUONG N. FINGERMAN
Attorneys for Plaintiff
CITY OF DALY CITY

Dated: November 18, 2008

CHARLSTON, REVICH & WOLLITZ, LLP

By: /s/ Stephen Soskin
STEPHEN SOSKIN
Attorney for Defendant
SPECIALTY NATIONAL INSURANCE COMPANY

**IT IS SO ORDERED**
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA